In the Matter of STANDARD OIL COMPANY OF NEW YORK, Respondent, against HENRY M. GOLDFOGLE et al., as Commissioners of Taxes and Assessments of The City of New York, Appellants. (Taxes for 1926–1931.)

In the Matter of SOCONY-VACUUM CORPORATION, Respondent, against JAMES J. SEXTON et al., as Commissioners of Taxes and Assessments of The City of New York, Appellants. (Taxes for 1932 and 1933.)

In the Matter of SOCONY-VACUUM OIL COMPANY, INCORPORATED, Respondent, against WILLIAM S. MILLER et al., as Commissioners of Taxes and Assessments of The City of New York, Appellants. (Taxes for 1934 and 1935.)

Argued November 28, 1939; decided December 28, 1939.

*William C. Chanler,* Corporation Counsel (*Arthur A. Segall, Milton I. Newman* and *Edward Garfield* of counsel), for appellants.

*Charles Lamb* for respondent.

In each proceeding: Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.